## Commonwealth v. Dwyer, Appellant.

Submitted March 16, 1970. *Bruce S. Miller*, Assistant Public Defender, and *Peter J. Webby*, Public Defender, for appellant; *Jerry B. Chariton*, As-

sistant District Attorney, *Charles D. Lemmond, Jr.,* First Assistant District Attorney, and *Blythe H. Evans, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.